# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

REBECCA TUFFREE,

    Defendant.

Case No. CR11-0135

**ORDER FOR DETENTION**

On the 9th day of February 2012, this matter came on for hearing on the Petition for Revocation of Release Pending Sentencing (docket number 22) filed by the Government on February 2, 2012. The Government was represented by Assistant United States Attorney Anthony Morfitt. Defendant Rebecca Tuffree appeared personally and was represented by her attorney, Diana L. Weiss. For the reasons stated by the Court on the record at the time of hearing, the Court finds that Defendant's release pending sentencing should be revoked.

## ORDER

IT IS THEREFORE ORDERED that the Petition for Revocation of Release Pending Sentencing (docket number 22) filed by the Government on February 2, 2012 is hereby **GRANTED**. Defendant's release pending sentencing is hereby **REVOKED**. The Defendant shall be detained pending further proceedings.

DATED this 9th day of February, 2012.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA